ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
Attorney for Defendant MARKO LEOPARD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00306-JCM-CVF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE MARKO LEOPARD'S SENTENCING HEARING** (First Request) |
| MARKO LEOPARD, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the United States of America, by and through the undersigned; and MARKO LEOPARD, Defendant, by and through his counsel, Angela H. Dows, Esq. that the sentencing hearing in the above-entitled matter, currently scheduled for April 28, 2020, at the hour of 10:00 a.m., be vacated and continued for approximately ninety (90) days, or to a date and time to be set by this Honorable Court.  This is the first request for a continuance in this case.  This Stipulation is entered into based upon the following:

1. Defense counsel has been unable to conduct an in-person visit with her client since the COVID-19 pandemic orders have been in effect.  Defense

counsel requests additional time to be able to review documents with the client prior to the filing of not only the formal objections to the presentence report, but also Mr. Leopard's sentencing memorandum.

2. Defense counsel is further awaiting one or more letters in support of Mr. Leopard that are anticipated to be sent from Mr. Leopard's home country of Macedonia.

3. In sum, defense counsel also requests additional time to be able to adequately represent her client in relation to sentencing, including preparing/filing objections, and gathering sentencing information on behalf of the client.

4. Defendant MARKO LEOPARD has no objection to the continuance after conferring thereon.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the April 28, 2020 sentencing hearing.

DATED this 15th day of April, 2020.

| United States Department of Justice<br>By: /s/ Chad W. McHenry<br>DAVID L. JAFFE<br>Chief, Organized Crime and Gang Section<br>KELLY PEARSON<br>Deputy Chief –<br>Organized Crime and Gang Section<br>CHAD W. MCHENRY<br>ALEXANDER B. GOTTFRIED<br>Trial Attorneys –<br>Organized Crime and Gang Section<br>Counsel for Plaintiff | CORY READE DOWS & SHAFER<br>By: /s/ Angela H. Dows<br>ANGELA H. DOWS, ESQ.<br>Appointed Counsel for<br>Defendant Marko Leopard |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-cr-00306-JCM-CVF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **FINDINGS OF FACT,** |
| | ) | **CONCLUSIONS OF LAW, AND** |
| MARKO LEOPARD, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds and concludes that:

1. Defendant Marko Leopard requires additional time to prepare for sentencing and meet with his counsel in light of the COVID-19 pandemic affecting in-person visitation;

2. That this is the first request for a continuance of the sentencing date in this case;

3. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity

3

within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence;

4.   That counsel for Defendant has conferred with his client, and Defendant Marko Leopard does not object to the requested continuance;

5.   That for all the above-stated reasons, the ends of justice would best be served by a continuance of the April 28, 2020 sentencing hearing.

### ORDER

IT IS THEREFORE ORDERED that the sentencing, currently scheduled for April 28, 2020 be vacated and continued to __December 8, 2020__ at the hour of __11:00   a__.m.

IT IS SO ORDERED April 17, 2020.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

4