

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARKO LEOPARD, a.k.a. "Leopardmk,"<br><br>Defendant. | 2:17-CR-306-JCM-VCF<br><br>**Final Order of Forfeiture** |

This Court found that Marko Leopard, a.k.a. "Leopardmk," shall pay the in personam criminal forfeiture money judgment of $69,572.28 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3); 18 U.S.C. § 1028(b)(5), (g), and (h); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(I) with 982(a)(6)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(II) with 982(a)(6)(B); and 18 U.S.C. § 1963(m). Second Superseding Criminal Indictment, ECF No. 303; Change of Plea, ECF No. 636; Plea Agreement, ECF No. 637; Preliminary Order of Forfeiture, ECF No. 654.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $69,572.28 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Marko Leopard, a.k.a. "Leopardmk," the in personam criminal forfeiture money judgment of $69,572.28, not to be held jointly and severally liable

1  with any codefendants and the collected money judgment amount between the
2  codefendants is not to exceed $568,000,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and
3  (b)(4)(B); 18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3); 18 U.S.C. § 1028(b)(5), (g), and (h); 18
4  U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18
5  U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(I) with
6  982(a)(6)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(II) with 982(a)(6)(B); and 18 U.S.C. § 1963(m).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED March 19, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE